# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18 CR 120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| MICHELE RANDOLPH, | ) | **ORDER & OPINION** |
| | ) | |
| Defendants. | ) | |

Before the Court is Defendant Michele Randolph's Motion for Reconsideration, **Doc #: 48**. For the reasons stated below, Defendant's Motion is **DENIED**.

Randolph now asserts that the Court may permit her to serve the remainder of her sentence on home detention under Sentencing Guideline § 5C1.1 as amended by the First Step Act. Doc #: 48 at 2. However, Randolph is not eligible for the sentence modification she requests.

To the extent Randolph is seeking a sentence modification under 18 U.S.C. § 3582(c)(1)(A), her request is denied because she failed to express extraordinary and compelling reasons that warrant a sentence modification and is not at least 70 years old and has not served at least 30 years in prison.

Randolph's request is also denied to the extent she seeks a sentence modification under 18 U.S.C. § 3582(c)(2). A court may modify a sentence when the sentencing range on which a defendant's sentence was based has been lowered by the Sentencing Commission. 18 U.S.C.

§ 3582(c)(2). The only relevant amendment here is the addition of an application note to § 5C1.1, which directs courts to consider imposing sentences other than imprisonment for nonviolent first offenders with a guideline range in Zone A or B of the Sentencing Table. United States Sentencing Commission, *Guidelines* Manual, § 5C1.1, comment. (n.4) (Nov. 2018).

This amendment does not alter Randolph's sentence. The direction to consider sentences other than imprisonment does not alter a sentencing range. *See United States v. Lopez*, 2019 U.S. Dist. LEXIS 102441 *3 (S.D. Fla. 2019). Thus, Randolph is not eligible for a sentence modification under § 3582(c)(2).

For the above reasons, Defendant's Motion for Reconsideration, **Doc #: 48**, is **DENIED**.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster October 10, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**